**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LEVAN A. WALKER,

               Plaintiff,

    -against-                                    24 **CIVIL** 9783 (LLS)

                                                           **JUDGMENT**

ANN TRIPP,

               Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 20, 2025, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise its supplemental jurisdiction of any state law claims Plaintiff may be asserting.

**Dated:** New York, New York

      June 24, 2025

                                                             **TAMMI M. HELLWIG**

                                                              **Clerk of Court**

                               **BY:**

                                                               **Deputy Clerk**